IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARIQ MUHAMMAD, | : | Civil No. 4:21-CV-0284 |
| Plaintiff, | : | |
| v. | : | Judge Jennifer P. Wilson |
| CITY OF LEWISBURG, PA, *et al.*, | : | |
| Defendants. | : | Magistrate Judge William I. Arbuckle |

## AMENDED ORDER

Before the court is the report and recommendation of United States Magistrate Judge William I. Arbuckle recommending that the complaint be dismissed against Defendants "TMJ, Terry Truck Repair" and "Union County Board of Trustees" without prejudice pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 113.)

No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at

879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge Arbuckle's analysis is well-reasoned and fully supported by the record and applicable law.  Accordingly, **IT IS ORDERED THAT**:

1) The report and recommendation, Doc. 113, is **ADOPTED** in its entirety.

2) Plaintiff's complaint, Doc. 1, is **DISMISSED** without prejudice against Defendant TMJ Terry Truck Report and Defendant Union County Board of Trustees.

3) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania

Dated: March 8, 2023